IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI, on behalf of
himself and all others similarly situated,

          Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, TERRI PAGE,
and PAM MARSH,

          Defendants.

Case No.: 11-cv-12979
Hon. Sean F. Cox District Judge
Hon. Mona Majzoub Magistrate Judge

_____

Paul A. Zebrowski (P44427)
Thomas A. Biscup (P40380)
Law Offices of Paul Zebrowski & Assoc.
Attorneys for Plaintiff
45581 Village Blvd.
Shelby Township, MI 48315
Tel: (586) 566-7266
Fax:(586) 566-6898
paulslaws@aol.com
tombiscup1@aol.com

James F. Hewson (P27127)
Hewson & Van Hellemont, P.C.
Attorney for Defendants
25900 Greenfield, Ste. 326
Oak Park, MI 48237
Tel: (248) 968-5200
Fax: (248) 968-5270
hewson@vanhewpc.com

Thomas J. Frederick (6188483)
Winston & Strawn, LLP
Co-Counsel for Defendants
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Tfrederick@winston.com

_____

## DISCOVERY ORDER

      This matter having come before the Court pursuant to a Scheduling Conference held October 11, 2011, and all parties being present;

      **IT IS HEREBY ORDERED** that all parties will serve their Initial Disclosures by November 1, 2011.

**IT IS FURTHER ORDERED** that all parties may serve discovery requests up until November 15, 2011. Responses shall be served by December 15, 2011.

**IT IS FURTHER ORDERED** that no motions may be filed pertaining to discovery until after the Motion for Judgment on the Pleadings, currently scheduled for January 12, 2012, is heard and determined.

Dated:  October 25, 2011  S/ Sean F. Cox
Sean F. Cox
U. S. District Court Judge


I

Approved as to form:


| /s/Thomas A. Biscup | /s/with consent of Thomas J. Frederick |
|---|---|
| Paul Zebrowski (P44427) | Thomas J. Frederick (6188483) |
| Thomas A. Biscup (P40380) | Winston & Strawn, LLP |
| Attorneys for Plaintiff | Co-Counsel for Defendants |
| 45581 Village Boulevard | 35 West Wacker Drive |
| Shelby Township, MI 48315 | Chicago, IL 60601 |
| Tel: (586) 566-7266 | Tel: (312) 558-5600 |
| Fax: (586) 566-6898 | Fax: (312) 558-5700 |
| tombiscup1@aol.com | Tfrederick@winston.com |